**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KYLE ANTHONY KEITHLEY,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:26-cv-03860-EGC<br><br>**FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF'S APPLICATION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* BE DENIED**<br><br>(Doc. 2)<br><br>FOURTEEN (14) DAY DEADLINE<br><br>Clerk to Assign District Judge |

On May 20, 2026, Plaintiff Kyle Anthony Keithley, through counsel, filed this action seeking judicial review of a final decision of the Commissioner of the Social Security Administration. (Doc. 1). Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2).

According to Plaintiff's application, his spouse received an income in the amount of $4,000 per month. (Doc. 2 at 2). This amounts to an annual income of $48,000 ($4,000 x 12 months). Plaintiff states that he has two dependent children. (*Id.*)

"To satisfy the requirements of 28 U.S.C. § 1915, applicants must demonstrate that because of poverty, they cannot meet court costs and still provide themselves, and any dependents, with the necessities of life." *Soldani v. Comm'r of Soc. Sec.*, No. 1:19-cv-00040, 2019 WL 2160380, at *1

1

(E.D. Cal. Jan. 31, 2019).  Many courts look to the federal poverty guidelines set by the United States Department of Health and Human Services as a guidepost in evaluating *in forma pauperis* applications.  *See*, *e.g.*, *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 n.5 (11th Cir. 2004); *J.E.S. v. Comm'r of Soc. Sec.*, No. 1:21-CV-000784-SAB, 2021 WL 2942770, at *1 (E.D. Cal. June 22, 2021), *report & recommendation adopted sub nom. J.E.S. by Martinez v. Comm'r of Soc. Sec.*, No. 121CV000784NONESAB, 2021 WL 2941570 (E.D. Cal. July 13, 2021*) (applying federal poverty guidelines to *in forma pauperis* application).  For a family or household of four, the 2026 poverty guideline is $33,000.  *See U.S. Federal Poverty Guidelines Used to Determine Financial Eligibility for Certain Federal Programs*, ASPE, https://aspe.hhs.gov/topics/poverty-economic-mobility/poverty-guidelines.

Having considered Plaintiff's application, the Court finds that he has not made the showing required by section 1915 that he is unable to pay the required fees for this action.  Plaintiff has attested to household income that exceeds the federal poverty guidelines.  (Doc. 2).  Accordingly, there is no indication that Plaintiff is unable to pay the filing fee while also providing for the necessities of life.

For the foregoing reasons, it is HEREBY RECOMMENDED that:

1.      Plaintiff's application to proceed without prepayment of fees and costs, (Doc. 2), be DENIED; and

2.      Plaintiff be required to pay the $405 filing fee in full to proceed with this action.

The Clerk of Court is HEREBY DIRECTED to assign randomly a District Judge to this action.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with these findings and recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  **Objections, if any, shall not exceed fifteen (15) pages or include exhibits. Exhibits may be referenced by document and page number if already in the record before the Court.  Any pages filed in excess of the 15-page limit may not be considered.**

The parties are advised that failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **May 20, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

3